# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____    )
                                          )
FLAMINGO LAS VEGAS OPERATING              )
COMPANY, LLC,                             )
                                          )
        Petitioner,                      )   Case No. 13-1186
                                          )
  v.                                      )   Board Case Nos.
                                          )   28-CA-069588
                                          )   28-CA-073617
                                          )
NATIONAL LABOR RELATIONS                  )
BOARD,                                    )
                                          )
        Respondent.                      )
                                          )
_____    )

## STATEMENT OF CONSENT TO RESPONDENT'S MOTION
## FOR DISMISSAL OF CASE

Petitioner Flamingo Las Vegas Operating Company, LLC ("Flamingo") hereby files this Statement of Consent in response to Respondent's Motion for Dismissal of Case as filed with the Court on June 30, 2014. In support of this Statement of Consent, Flamingo states the following:

On April 25, 2013, the National Labor Relations Board ("Board") issued its Decision and Order in the underlying case as reported at 359 NLRB No. 98 (the "Order"). Flamingo filed a petition for review of that Order with the Court on May 20, 2013. The Court, on its own motion, issued an order on June 24, 2013 holding the case in abeyance until further order based upon the Court's opinion and judgment issued in the matter of *Noel Canning v. NLRB*, 705 F.3d 490 (D.C. Cir. 2013).

On June 26, 2014, the United States Supreme Court issued its opinion in *NLRB v. Noel Canning*, 134 S. Ct. 2550 (2014) in which it unanimously concluded that the challenged recess

appointments to the Board were invalid. Thus, the Board lacked the authority to issue the Order underlying the instant action as at least one invalid appointee sat on the three-member panel of the Board that issued the Order.

As a result of the Supreme Court's decision, the Board issued an order on June 27, 2014 in which it set aside the Order. On June 30, 2014 the Board filed the aforementioned Motion for Dismissal of Case with the Court.

Flamingo agrees that the Board acted improperly and lacked authority to issue the underlying Order in this matter. Therefore, Petitioner does not object to a dismissal of this case without prejudice and consents to the Respondent's requested relief.

Respectfully submitted this 14th day of July, 2014.

By:    /s/ *Rex S. Heinke*
Rex S. Heinke
Lawrence D. Levien

AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
(310) 229-1000 (telephone)
rheinke@akingump.com (e-mail)

1333 New Hampshire Avenue, N.W.
Washington, DC 20036
(202) 887-4000 (telephone)
llevien@akingump.com (e-mail)

Counsel for Flamingo Las Vegas Operating Company, LLC

2

## **CERTIFICATE OF SERVICE**

This is to certify that the undersigned caused to be served on July 14, 2014, I electronically filed the foregoing document with the Clerk of the Court of the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. I certify that the foregoing document was served on all parties or their counsel of record through the appellate CM/ECF system.

    /s/  *Rex S. Heinke*
Rex S. Heinke
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
(310) 229-1000 (telephone)
rheinke@akingump.com (e-mail)

Counsel for Flamingo Las Vegas Operating Company, LLC